IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-09-508 |
| SHERMAINE RHODES SANDRA DUNCAN | § § | |

**O R D E R**

Defendant Rhodes filed an unopposed motion for continuance, (Docket Entry No. 23). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 30, 2009 |
| Responses are to be filed by: | January 11, 2010 |
| Pretrial conference is reset to**:** | **January 19, 2010, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 25, 2010, at 9:00 a.m.** |

SIGNED on October 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge