IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-09-508 |
| | § § | |
| SHERMAINE RHODES<br>SANDRA DUNCAN | § § | |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 44). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 6, 2010, at 10:00 a.m.**

SIGNED on April 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge